DATE OF ARREST: August 18, 2017

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>Fidel Angel CEJA-Macias<br>A206 218 149<br>DOB: 1993<br>Citizen of Mexico<br><br>Defendant | Magistrate Case No. 17-1628MJ<br><br>COMPLAINT FOR VIOLATION OF<br>Count I<br>Title 8, United States Code, Section 1326(a)<br>Attempted Re-entry After removal (Felony). |

The undersigned complainant being duly sworn states:

### COUNT I

That on or about, August 12, 2017, defendant Fidel Angel CEJA-Macias, was removed to Mexico through San Ysidro, California, in pursuance of law, and thereafter, on or about August 18, 2017, the defendant attempted to enter the United States, at or near San Luis, Arizona, Port of Entry, within the District of Arizona. The Secretary of Homeland Security nor the Attorney General of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant
Wendy Luna
Enforcement Officer

AUSA/ Joshua Robard
Sworn to before me and subscribed in my presence,

August 21, 2017          at          Yuma, Arizona
Date                                  City and State

James F Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

        Plaintiff,

        V.

Fidel Angel CEJA-Macias
A206 218 149
DOB: 1993
Citizen of Mexico

**CRIMINAL HISTORY:**
FBI#1NJACT5KJ.
**IMMIGRATION HISTORY:**
08/12/2017      Removed to Mexico through San Ysidro, CA.

## STATEMENT OF FACTUAL BASIS:

The complainant states that this complaint is based upon the statements of the apprehending officers, that CEJA applied for admission on or about August 18, 2017 at the San Luis, Arizona Port of Entry. Questioning revealed that CEJA is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

On August 18, 2017, at the San Luis, Arizona Port of Entry, Fidel Angel CEJA-Macias applied for admission and attempted to enter the United States through the primary pedestrian lane by presenting a United States passport card bearing the name and showing the photo of Edgar Edmund Uriarte and claimed to be a United States citizen. The primary officer asked CEJA where was he going and CEJA claimed he was on his way to San Luis, Arizona. A primary query of the document showed a positive hit for a lost/stolen document. The primary officer noticed that CEJA did not resemble the photo on the document and after taking a negative customs declaration CEJA was referred to pedestrian secondary for further inspection.

UNITED STATES OF AMERICA

    Plaintiff,

    V.

Fidel Angel CEJA-Macias
A206 218 149
DOB: 1993
Citizen of Mexico

Once in CBP secondary, officers discovered that CEJA was not a United States citizen but a citizen of Mexico. Officers discovered through computer checks (NCIC, DACS, CIS and IDENT/ENFORCE and AIFIS) that CEJA had been removed from the United States through San Ysidro, California. The officers read CEJA his rights per form I-214, which he acknowledged, understood, and opted to answer question without the presence of a counsel. In a sworn statement CEJA claimed he is a citizen of Mexico with no legal documents that would allow him to enter, work or reside in the United States. CEJA stated his intention for entering the United States as to go to San Jose, California to seek employment and establish residency.

The officers faxed CEJA's fingerprints to the FBI fingerprint division and they confirmed CEJA's identity and criminal history.

                                                                Signature of Complainant
                                                                 Wendy Luna
                                                                 Enforcement Officer

Sworn to before me and subscribed in my presence,

   August 21, 2017         at        Yuma, Arizona
Date                                               City and State

   James F Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

*Probable Cause Statement*

I, Enforcement Officer, Wendy Luna, declare under penalty of perjury, the following is true and correct:

**Defendant: CEJA-Macias, Fidel Angel**
**DOB:       1993**
**A#:        206 218 149**

**CRIMINAL HISTORY:**
FBI#1NJACT5KJ
**IMMIGRATION HISTORY:**
08/12/2017      Removed to Mexico through San Ysidro, CA

### STATEMENT OF FACTUAL BASIS:

The complainant states that this complaint is based upon the statements of the apprehending officers, that CEJA applied for admission on or about August 18, 2017 at the San Luis, Arizona Port of Entry. Questioning revealed that CEJA is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

On August 18, 2017, at the San Luis, Arizona Port of Entry, Fidel Angel CEJA-Macias applied for admission and attempted to enter the United States through the primary pedestrian lane by presenting a United States passport card bearing the name and showing the photo of Edgar Edmund Uriarte and claimed to be a United States citizen. The primary officer asked CEJA where was he going and CEJA claimed he was on his way to San Luis, Arizona. A primary query of the document showed a positive hit for a lost/stolen document. The primary officer noticed that CEJA did not resemble the photo on the document and after taking a negative customs declaration CEJA was referred to pedestrian secondary for further inspection.

Once in CBP secondary officers discovered that CEJA was not a United States citizen but a citizen of Mexico. Officers discovered through computer checks (NCIC, DACS, CIS and IDENT/ENFORCE and AIFIS) that CEJA had been removed from the United States through San Ysidro, California. The officers read CEJA his rights per form I-214, which he acknowledged, understood, and opted to answer question without the presence of a counsel. In a sworn statement CEJA claimed he is a citizen of Mexico with no legal documents that would allow him to enter, work or reside in the United States. CEJA stated his intention for entering the United States as to go to San Jose, California to seek employment and establish residency.

The officers faxed CEJA's fingerprints to the FBI fingerprint division and they confirmed CEJA's identity and criminal history.

Executed on: Date 08/19/2017      Time: 1225 hours
Signed: _____      Wendy Luna, Enforcement Officer

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on 08/18/2017 in violation of Title 8, United States Code, Section 1326(a).
Finding made on: Date 8/19/2017  Time 2130 hrs

Signed: _____   James F. Metcalf, U.S. Magistrate